**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **GUNSHY THOROUGHBREDS, LLC,** | ) | |
| | ) | |
| **PLAINTIFF** | ) | **CIVIL ACTION NO. 1:10-CV-11146** |
| | ) | |
| V. | ) | **HON. THOMAS L. LUDINGTON** |
| | ) | |
| **GEOSTAR CORPORATION** | ) | |
| | ) | |
| **DEFENDANT** | ) | |
| | ) | |

## AGREED ORDER

The parties being in agreement,

IT IS HEREBY ORDERED that the deadline for Defendant GeoStar Corporation to answer or otherwise respond to Plaintiff's Complaint is extended to and including April 28, 2010.

s/Thomas L. Ludington<br>
THOMAS L. LUDINGTON<br>
United States District Judge

Dated: April 22, 2010

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on April 22, 2010.

s/Tracy A. Jacobs
TRACY A. JACOBS

AGREED:


/s/ Brian M. Johnson
Brian M. Johnson
**GREENEBAUM DOLL & MCDONALD PLLC**
300 West Vine Street, Suite 1100
Lexington, KY 40507
COUNSEL FOR DEFENDANT
GEOSTAR CORPORATION


/s/ Timothy S. Arnold
Timothy S. Arnold
**BRAUN KENDRICK & FINKBEINER, P.L.C.**
4301 Fashion Square Boulevard
Saginaw, MI 48603
COUNSEL FOR PLAINTIFF
GUNSHY THOROUGHBREDS, LLC


3879859_1.DOC